APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__
EASTERN DIVISION

In re )

Humberta Gallardo ) Case No. 15 B 2271
aka Humberta Rodrguez aka Humberta
Gallardo-Rodriguez )

)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Fair Deal of Illinois, Inc.

| Paul M. Bach | Sulaiman Law Group |
|---|---|
| Print Name on this Line | Firm Name |
| /s/Paul M. Bach | FIRM ID NUMBER: |
| Signature | 900 Jorie Blvd #150 |
| ATTORNEY ID NUMBER | Street Address |
| | Oak Brook    IL    60523 |
| | City    State    Zip |
| | Telephone   630 575 8181 |

Trial Attorneys*

Paul M. Bach
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: